| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |

**Order Filed on November 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____

Adv. No.: _____

In Re:

Hearing Date: _____

Judge: _____

Plaintiff(s)

v.

Defendant(s)

**ORDER STRIKING ANSWER OF DEFENDANT AND ENTERING DEFAULT JUDGMENT**

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: November 17, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FIDELITY NATIONAL LAW GROUP**<br>Christopher J. Balala, Esq. (Attorney ID 030732010)<br>105 Eisenhower Parkway, Suite 103<br>Roseland, New Jersey 07068<br>Phone:  (973) 863-7018<br>Fax:  (973) 535-3407<br>Christopher.Balala@fnf.com<br>Attorneys for Creditor<br>CHICAGO TITLE INSURANCE COMPANY | |
| In Re:<br><br>JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH,<br><br>          Debtors. | Chapter:  13<br><br>Case No.:  19-13567 KCF<br><br>Adv No.:  19-1971<br><br>Judge:  Kathryn C. Ferguson |
| CHICAGO TITLE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>          v.<br><br>ROSEMARY JOANNE WALSH aka ROSEMARY J. WALSH aka ROSEMARY EATON WALSH aka ROSEMARY J. EATON WALSH aka ROSEMARY JOANNE EATON WALSH,<br><br>          Defendant. | |

**ORDER STRIKING ANSWER OF DEFENDANT,** ~~OR IN THE ALTERNATIVE,~~ ~~COMPELLING DISCOVERY RESPONSES FROM DEFENDANT, AND EXTENDING THE DISCOVERY END DATE AS TO PLAINTIFF ONLY~~ **AND ENTERING DEFAULT JUDGMENT**

The relief set forth on the following pages is hereby **ORDERED.**

This matter having been opened to the Court by Fidelity National Law Group, attorneys for the Plaintiff Chicago Title Insurance Company, having filed a motion for an Order striking the answer and entering default judgment against Defendant pursuant to Federal Rule of Civil Procedure 16 and Federal Rule of Civil Procedure 37(b)(2)(A)(iii) and (vi), or in the alternative, compelling discovery responses from Defendant pursuant to Federal Rule of Civil Procedure 37(a)(3)(B)(iv), and extending the discovery end date, for Plaintiff only, pursuant to Federal Rule of Civil Procedure 37(b)(2)(A) (the "Motion"); and the court having considered the papers in support of the Motion; the arguments of counsel; opposition thereto (if any); and sufficient justification for the relief requested; and for good cause shown; it is:

~~**ORDERED** that the Motion is granted in its entirety; and~~

~~**IT IS FURTHER**~~ **ORDERED** that the Defendant's Answer filed July 22, 2019 is stricken with prejudice; and

**IT IS FURTHER ORDERED** that a non-dischargeable default judgment is entered against Defendant, in the amount of $175,000.00;

~~(or in the alternative)~~

~~**IT IS FURTHER ORDERED** that the Defendant is compelled to produce responses to Plaintiff's written discovery demands on or before _____ ___, 2020; and~~

~~**IT IS FURTHER ORDERED** that Plaintiff is awarded attorney's fees and costs in the amount of $ _____ for the filing of the instant Motion, and as a result of Defendant's intentional non-compliance with discovery obligations; and~~

~~**IT IS FURTHER ORDERED** that Defendant is sanctioned in the amount of $_____ as a result of Defendant's intentional non-compliance with discovery obligations; and~~

~~**IT IS FURTHER ORDERED** that the discovery end date in this matter is extended up to and including _____ \_\_\_, 2020, as to Plaintiff only; and~~

~~**IT IS FURTHER ORDERED** that trial in this matter shall occur _____ \_\_\_, 2020 at \_\_\_ : \_\_\_ a.m / p.m.; and~~

**IT IS FURTHER ORDERED** movant shall serve this order on the Defendant's counsel, and any party who entered an appearance on the Motion.