**ANTHONY SCORDO, ESQ., PC**
024591987
**1425 POMPTON AVENUE, SUITE 2-2**
**CEDAR GROVE, NJ 07009**
**(973) 837-1861**
**Attorney for Appellants, John & Rosemary Walsh**

| | | |
|---|---|---|
| In Re: | : | **UNITED STATES BANKRUPTCY COURT OF NEW JERSEY** |
| JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH | : : : | |
| | : | Judge: Hon. Kathryn C. Ferguson |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, Plaintiff | : : : | Chapter 7 |
| | : | Bankruptcy Case No.: 19-13567-KCF |
| v. | : : | Adv. No.: 19-01970 |
| JOHN MICHAEL WALSH aka JOHN M. WALSHJ aka JOHN WALSH and ROSEMARY JOANNE WALSH aka ROSEMARY EATON WALSH aka ROSEMARY J. EATON WALSH aka ROSEMARY JOANNE EATON WALSH   Defendants | : : : : : : : : : | **NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

| | | |
|---|---|---|
| In Re: | : : | **UNITED STATES BANKRUPTCY COURT OF NEW JERSEY** |
| JOHN MICHAEL WALSH and ROSEMARY JOANNE WALSH | : : : | |
| | : | Judge: Hon. Kathryn C. Ferguson |
| CHICAGO TITLE INSURANCE COMPANY, Plaintiff | : : : | Chapter 7 |
| | : | Bankruptcy Case No.: 19-13567-KCF |
| v. | : : | Adv. No.: 19-01971 |
| ROSEMARY JOANNE WALSH aka ROSEMARY EATON WALSH aka ROSEMARY J. EATON WALSH aka ROSEMARY JOANNE EATON WALSH   Defendants | : : : : : : | **NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Rosemary Joanne Walsh

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.

   ❑ Plaintiff
   X  Defendant
   ❑ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.

   ❑ Debtor
   ❑ Creditor
   ❑ Trustee
   ❑ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Striking Answer of Defendants and Entering Default Judgement

2. State the date on which the judgment, order, or decree was entered: November 17, 2020

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Chicago Title Insurance Company    Attorney: Christopher J. Balala, Esq.
   Fidelity National Law Group
   105 Eisenhower Pkwy, St 103
   Roseland New Jersey 07068

2. Party: _____    Attorney: _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*s/Anthony Scordo*

_____
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 12/15/2020

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Anthony Scordo, Esq., PC
1425 Pompton Avenue
Suite 2-2
Cedar Grove New Jersey 07009
_____
_____
_____
_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]