**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

|  |  |
|---|---|
| In Re: | Case No.: _____ |
|  | Adv. No.: _____ |
| vs. | Hearing Date: _____ |
|  | Judge: _____ |

Order Filed on January 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Form:   ❒ Followed    ❒ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
_____

The relief set forth on the following page is **ORDERED**.

**DATED: January 19, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

      A motion or application having been filed on _____, 20 \_\_\_ by _____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev.8/1/15*

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: John Michael Walsh and Rosemary Joanne Walsh
Debtor

Case No.: 19–13567–KCF
Chapter 7

Chicago Title Insurance Company
Plaintiff

v.

Rosemary Joanne Walsh
Defendant

Adv. Proc. No. 19–01971–KCF          Judge: Kathryn C. Ferguson

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on January 20, 2021, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 62 – 51
Order Denying Motion to Extend Time To Appeal Under Rule 8002(c) (Related Doc # 51). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/19/2021. (ghm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 20, 2021
JAN: ghm

Jeanne Naughton
Clerk