Christopher J. Balala, Esq. (030732010)
**FIDELITY NATIONAL LAW GROUP**
105 Eisenhower Parkway, Suite 103
Roseland, New Jersey 07068
Christopher.Balala@fnf.com
(973) 863-7018 / (973) 535-3407 (fax)
*Attorneys for Plaintiff-Appellee Chicago Title Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSEMARY JOANNE WALSH,<br><br>Appellant-Defendant,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>Appellee- Plaintiff. | Docket No.: 3:20-cv-20220-BRM<br><br>**CERTIFICATION OF SERVICE** |

1. On January 29, 2021, I cause to be filed with the Court and served on the following parties registered to receive electronic service, via ECF, the APPELLEE- PLAINTIFF'S OPPOSITION TO APPELLANT- DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL, CERTIFICATION OF CHRISTOPHER J. BALALA, ESQ. IN OPPOSITION, EXHIBITS, and this CERTIFICATION OF SERVICE:

>Anthony Scordo, Esq.
>Anthony Scordo, Esq., PC
>1425 Pompton Avenue, Suite 2-2
>Cedar Grove, NJ 07009
>*Attorney for Appellant-Defendant Rosemary Joanne Walsh*

2. On January 29, 2021, I caused to be served the aforesaid documents on the following parties, via U.S. Postal Service:

    Anthony Scordo, Esq.
    Anthony Scordo, Esq., PC
    1425 Pompton Avenue, Suite 2-2
    Cedar Grove, NJ 07009
    *Attorney for Appellant-Defendant Rosemary Joanne Walsh*

    I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing are willfully false, I am subject to punishment.

Dated:  Roseland, New Jersey
         January 29, 2021

                                       /s/ Christopher Balala_____
                                       Christopher J. Balala, Esq.
                                       Fidelity National Law Group
                                       *Attorneys for Appellee-Plaintiff*
                                       *Chicago Title Insurance Company*
                                       105 Eisenhower Parkway, Suite 103
                                       Roseland, NJ 07068
                                       Tel: (973) 863-7018
                                       Fax: (973) 535-3407
                                       Christopher.Balala@fnf.com