# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: : | | |
| JOHN MICHAEL WALSH and : | | |
| ROSEMARY JOANNE WALSH, : | **On Appeal From:** | |
| : | Case No. 19-13567 | |
| Debtors. : | Adv. Pro. 19-01971 | |
| : | Hon. Kathryn C. Ferguson, U.S.B.J. | |
| _____ : | | |
| : | | |
| MICHAEL WALSH and : | | |
| ROSEMARY JOANNE WALSH, : | | |
| : | | |
| Appellants, : | | |
| : | Case No. 2:20-cv-20220-BRM | |
| v. : | Hon. Brian R. Martinotti, U.S.D.J. | |
| : | | |
| CHICAGO TITLE : | | |
| INSURANCE COMPANY : | | |
| : | **ORDER** | |
| Appellee. : | | |
| _____ : | | |

**THIS MATTER** is before this Court on a Notice of Appeal (ECF No. 1) and a Motion for Extension of Time to File Notices of Appeal. (ECF No. 4.) Michael and Rosemary Joanne Walsh ("Appellants") appeal from a Bankruptcy Court order striking their answer and entering a default judgment against them. (ECF No. 1-2.) Chicago Title Insurance Company ("Appellee") opposes the Motion. (ECF No. 6.) Pursuant to Federal Rule of Civil Procedure 78(a), this Court heard oral argument. (ECF No. 8.) For the reasons set forth in the accompanying Opinoin and for good cause shown,

**IT IS** on this 30th day of September 2021,

**ORDERED** that Appellants' Motion to Extend Time (ECF No. 4) is **DENIED** and the appeal is **DISMISSED**.

*/s/ Brian R. Martinotti*
**BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**
