# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| In Re: | : | On Appeal From: |
| | : | Case No.: 19-13567 |
| JOHN MICHAEL WALSH and | : | Adv. Pro.: 19-01971 |
| ROSEMARY JOANNE WALSH | : | |
| | : | |
|     Debtors | : | |
| _____ | : | |
| | : | Judge:  Hon. Kathryn C. Ferguson, U.S.B.J. |
| JOHN MICHAEL WALSH and | : | |
| ROSEMARY JOANNE WALSH | : | |
| | : | |
|     Appellants | : | |
| | : | |
| v. | : | |
| | : | |
| CHICAGO TITLE | : | |
| INSURANCE COMPANY | : | Case No. 20-cv-20220 |
| | : | |
|     Appellees | : | |
| | : | |

_____

To all parties and their attorneys of record:

This document gives notice that Anthony Scordo, Esq. PC appeals from the Orders entered by the District of New Jersey dated September 30, 2021 and December 9, 2021.

Plaintiffs John Walsh and Rosemary Walsh appeal by this Notice. This appeal is made to the United States Courts of Appeals for the Third Circuit.


Dated: January 5. 2022

                                                        ANTHONY SCORDO

                                                        s/Anthony Scordo

                                                        _____

                                                        Anthony Scordo, Esq. PC
                                                        1425 Pompton Avenue, Suite 2-2
                                                        Cedar Grove NJ  07009
                                                        973-837-1861